UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WACHOVIA MORTGAGE FSB, | ) | |
| Plaintiff(s), | ) | No. C09-5275 (BZ) |
| v. | ) | **BRIEFING ORDER** |
| ISA ATENCIO, | ) | |
| Defendant(s). | ) | |

Before the Court is plaintiff's Ex Parte Application for Order Shortening Time for Hearing on Motion to Remand and Motion for Sanctions. **IT IS ORDERED AS FOLLOWS:**

1. Plaintiff's motion to shorten time is **DENIED**.

2. Any opposition to the Motion to Remand and Motion for Sanctions shall be filed by **FEBRUARY 19, 2010**. Any reply shall be filed by **February 26.** The Court will schedule a hearing if necessary. The hearing scheduled for **MARCH 17, 2010** is **VACATED**.

Dated: February 11, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WACHOVIA V. ATENCIO\BRIEFING ORDER.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WACHOVIA MORTGAGE, FSB,

        Plaintiff,

v.

ISA ATENCIO et al,

        Defendant.
_____ /

Case Number: CV09-05275 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached **BRIEFING ORDER**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isa Atencio
634 Cape Cod Drive
San Leandro, CA 94578

Dated: February 11, 2010

                                        Richard W. Wieking, Clerk
                                        By: Rose Maher, Deputy Clerk

                                        *Rose Maher*