UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA MORTGAGE FSB,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ISA ATENCIO,<br><br>    Defendant(s). | No. C09-5275 BZ<br><br>**SCHEDULING ORDER** |

Having received the parties' papers regarding the motion to remand, **IT IS ORDERED** that the motion is scheduled to be heard on **MARCH 17, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 4, 2010

                                                     /s/ Bernard Zimmerman
                                                     Bernard Zimmerman
                                              United States Magistrate Judge

G:\BZALL\-BZCASES\WACHOVIA V. ATENCIO\SCHED ORD.wpd

1