1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

WACHOVIA MORTGAGE FSB,        )
11                              )
              Plaintiff(s),   )        No. C09-5275 BZ
12                              )
        v.                     )        **SCHEDULING ORDER**
13                              )
ISA ATENCIO,                   )
14                              )
              Defendant(s).    )
15                              )
_____   )
16

17          Having received the parties' papers regarding the motion

to remand, **IT IS ORDERED** that the motion is scheduled to be
18
heard on **MARCH 17, 2009 at 10:00 a.m.,** in Courtroom G, 15th
19
Floor, Federal Building, 450 Golden Gate Avenue, San
20
Francisco, California 94102.
21
Dated: March 4, 2010
22
                    _____
23                        Bernard Zimmerman
                    United States Magistrate Judge
24
G:\BZALL\-BZCASES\WACHOVIA V. ATENCIO\SCHED ORD.wpd
25

26

27

28

                                1