UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WACHOVIA MORTGAGE, FSB,

    Plaintiff,

v.

ISA ATENCIO et al,

    Defendant.

Case Number: CV09-05275 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2010, I SERVED a true and correct copy(ies) of the attached REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION TO REMAND AND TO DENY PLAINTIFF'S REQUEST FOR ATTORNEYS FEES AND COSTS, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isa Atencio
634 Cape Cod Drive
San Leandro, CA 94578

Dated: March 10, 2010

Richard W. Wieking, Clerk

By: Ada Yiu, Deputy Clerk