UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WACHOVIA MORTGAGE FSB, | ) | |
| Plaintiff(s), | ) | No. C09-5275 BZ |
| v. | ) | **REASSIGNMENT ORDER** |
| ISA ATENCIO, | ) | |
| Defendant(s). | ) | |

In view of the Report and Recommendation dated March 9, 2010 and defendant's failure to consent to or decline magistrate judge jurisdiction, **IT IS ORDERED** that the clerk shall **REASSIGN** the above-captioned case to a District Judge immediately.

Dated: March 9, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WACHOVIA V. ATENCIO\REASSIGN ORD.wpd

1