UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA MORTGAGE FSB,<br><br>Plaintiff(s),<br><br>vs.<br><br>ISA ATENCIO,<br><br>Defendant(s). | C-09-5275 MHP (BZ)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND REMANDING ACTION** |

This action was assigned to Magistrate Judge Bernard Zimmerman upon its removal to this court. On March 9, 2010, Judge Zimmerman filed a Report and Recommendation and served same on the parties on March 10, 2010, recommending that plaintiff's motion to remand be granted and its motion for attorneys' fees and costs be denied. The matter was then assigned to this judge for action upon the report and recommendation. No objections to the Report and Recommendation have been filed and the time within which to file objections has expired.

This court has reviewed the Report and Recommendation and the papers filed herein and finds that the Magistrate Judge's findings and conclusions are supported by the record and the case law. This court further notes that the federal removal statute clearly provides that an action removed on the grounds of diversity, as is the case here, may only be removed "if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. §1441(b); *see also Lincoln Property Co. v. Roche*, 546 U.S. 81 (2005). It is clear from the pleading in this case that the sole defendant is a citizen of the State of California and,

therefore, is not a party who may remove an action from the state courts of California.

Accordingly, for the foregoing reason and the reasons set forth in the Report and Recommendation which is adopted in full,

IT IS HEREBY ORDERED that this action is REMANDED to the Superior Court of the State of California for the County of Alameda and the Clerk of Court shall transmit forthwith a certified copy of this order to the Clerk of the Superior Court of Alameda County.

IT IS FURTHER ORDERED that the application for attorneys' fees and costs is DENIED.

The Clerk of Court shall note upon the docket that all motions have been disposed of and shall close the file.

Date: March 24, 2010

_____
Marilyn Hall Patel
United States District Court Judge