UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA MORTGAGE, FSB,<br><br>    Plaintiff,<br><br>v.<br><br>ISA ATENCIO et al,<br><br>    Defendant.<br>_____/ | Case Number: CV09-05275 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Isa Atencio
634 Cape Cod Drive
San Leandro, CA 94578


Dated: March 24, 2010

                                          Richard W. Wieking, Clerk
                                          By: Anthony Bowser, Deputy Clerk